**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LAURA ELENA TREJO-MACIAS, a.k.a.
Laura Trejo De Alatorre, a.k.a. Laura
Trejo-Rodriguez,

Defendant - Appellant.

No. 12-50262

D.C. No. 3:11-cr-01655-H

MEMORANDUM*

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Submitted March 12, 2013**

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Laura Elena Trejo-Macias appeals from the district court's judgment and

challenges the 151-month sentence imposed following her jury-trial conviction for

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Trejo-Macias contends that the district court failed to make the requisite perjury findings to support the imposition of a two-level obstruction of justice enhancement pursuant to U.S.S.G. § 3C1.1. Trejo-Macias never objected to the enhancement in the district court and, in fact, filed sentencing summary charts prior to and at the sentencing hearing that included the obstruction of justice enhancement. Therefore, the district court's duty to make findings on materiality, falsity and willfulness was never triggered. *See United States v. Dunnigan*, 507 U.S. 87, 94-95 (1993); *United States v. Rojas-Millan*, 234 F.3d 464, 471 (9th Cir. 2000).

**AFFIRMED.**

12-50262